UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, *et al.*,

          Petitioners,

—v—

NASDI, LLC,

          Respondent.

20-cv-7055 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    By its Order of November 19, 2020, the Court set a date for the Respondent to respond to the Petitioners' petition to confirm an arbitration award. Absent any indication by the parties to the contrary, the Court presumes that the parties do not intend to conduct any discovery in this matter. Thus, the Court finds that no initial conference in this case is necessary and the parties need not submit a proposed case management plan. The conference scheduled for December 18, 2020, is adjourned sine die. The parties should notify the Court by joint letter if they intend to conduct discovery and wish the Court to enter a case management plan.

SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                  ALISON J. NATHAN
                              United States District Judge