UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, *et al.*,

    Petitioners,

–v–

NASDI, LLC,

    Respondent.

20-cv-7055 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 21, 2020, the Court received notice of an automatic stay pursuant to § 362(a) of the Bankruptcy Code. Dkt. No. 18. This case is thus stayed, and all pending conferences and deadlines are adjourned sine die. The parties shall file a status report by March 23, 2021, or upon lifting of the automatic stay by the bankruptcy court.

SO ORDERED.

Dated: December 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge