```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 914; 14243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District Council
Of Carpenters Pension Fund, Welfare Fund,
Annuity Fund, and Apprenticeship, Journeyman
Retraining, Educational and Industry Fund, *et al.*,

                Petitioners,

      –v–

NASDI, LLC,

                Respondent.

20-cv-7055 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall file a status report on the status of the pending bankruptcy proceedings by August 11, 2021.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge