UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN      20-cv-7055 (JGK)
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,                             ORDER
                    Petitioners,

         - against -

NASDI, LLC,
                    Respondent.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties should advise the Court regarding the status of this case by 4/22, 2022.


SO ORDERED.

Dated:   New York, New York
         April 11, 2022

                                        _____
                                              John G. Koeltl
                                        United States District Judge