```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL., <br><br> Petitioners, <br><br> - against - <br><br> NASDI, LLC, <br><br> Respondent. | 20-cv-7055 (JGK) <br><br> ORDER |

JOHN G. KOELTL, District Judge:

The parties' deadline to submit a status update, ECF No. 26, is extended to **May 25, 2022**.

SO ORDERED.

Dated: New York, New York
April 25, 2022

_____
John G. Koeltl
United States District Judge