UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN               20-cv-7055 (JGK)
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,                                      ORDER

                    Petitioners,

        - against -

NASDI, LLC,

                    Respondent.

---

JOHN G. KOELTL, District Judge:

   On January 31, 2023, the Court extended the stay of this action by 90 days to allow the parties to finalize the proposed terms of settlement, present any such proposed settlement to the Trustees for approval, and finalize the written form of settlement. ECF No. 39.

   The parties are directed to provide a status update by **May 16, 2023**. The stay is extended until then.

SO ORDERED.

Dated:   New York, New York
         May 9, 2023

                                    _____
                                         John G. Koeltl
                                    United States District Judge